UNITED STATES of America,
Plaintiff–Appellee,

v.

Shawn M. KING, Defendant–Appellant.

No. 13–13713
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Decided June 12, 2014.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, U.S. Attorney's Office, Tallahassee, FL, David Lance Goldberg, Pamela C. Marsh, Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Sharon K. Wilson, Sharon K. Wilson, Pa, Pensacola, FL, for Defendant–Appellant.

Before MARCUS, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Sharon K. Wilson, appointed counsel for Shawn M. King in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mathenia's conviction and sentence are **AFFIRMED.**